# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case. No. 7:20-CR-31-HL-TQL |
| | : | |
| **ALLEN DREW TYLER** | : | |
| | : | |

## ORDER DISMISSING INDICTMENT AS TO ALLEN DREW TYLER

Before the Court is the Government's Motion to Dismiss Indictment as to Defendant Allen Drew Tyler. The Government has indicated that newly discovered information warrants dismissal of this case.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charges against Defendant Allen Drew Tyler are DISMISSED.

**SO ORDERED**, this   29th   day of September, 2021.


                                            s/Hugh Lawson
                                            HUGH LAWSON, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
                                            MIDDLE DISTRICT OF GEORGIA